FILED
JAN 06 2015
KCDC WEST DIVISION
SEATTLE COURTHOUSE

KING COUNTY DISTRICT COURT

CIVIL DEPARTMENT

| PLAINTIFF NAME Gabriella Kertesz | SMALL CLAIM # 155-00066 |
|---|---|
| ADDRESS 9702 1st Ave NW | **NOTICE OF SMALL CLAIM** |
| CITY SEATTLE STATE WA ZIP 98117 | |
| DAYTIME PHONE NO. (425) 243-2287 | |
| 1ST DEFENDANT NAME SWEDISH HOSPITAL | 2ND DEFENDANT NAME |
| ADDRESS 747 Broadway | ADDRESS |
| CITY Seattle STATE WA ZIP 98122 | CITY     STATE     ZIP |
| DAYTIME PHONE NO. (425) 313-2375 | DAYTIME PHONE NO. |

**CLAIM**

I, Gabriella Kertesz, the undersigned plaintiff, do hereby certify under the penalty of perjury of the laws of the State of Washington, that the defendant named above owes me the sum of $ 3432.14, which became due and owing on 7/4/2014.

(Amount of claim limited to $5,000)

The amount owed is for:

| ☐ Auto Damages – Date of Accident | | ☐ Wages | ☐ Loan |
|---|---|---|---|
| ☐ Return of Deposit | ☐ Rent | ☐ Property Damage | ☐ Faulty Workmanship |
| ☐ Merchandise | ☒ Other | | |

*You must explain reason for claim here:*
CONSUMER FRAUD, DECEPTIVE ADVERTISING

Note: You must properly serve this Notice on the Defendant.

| EER     Seattle | Signature: Gabriella Kertesz |
| Clerk     Location | Date: 1/5/2015 |
| Date Issued: 1/21/15 | Printed Name/Title: Gabriella Kertesz |

**NOTICE TO DEFENDANT**

You are hereby directed to appear personally in King County District Court:

On: March 5, 2015     Time: 1:30 pm Room 312

Be ready for trial. If you do not appear, judgment may be rendered against you for the amount stated ACH above, and, for the filing of this action plus costs of service of this notice.

# KING COUNTY DISTRICT COURT
## West Division-Seattle Courthouse
### STATE OF WASHINGTON

| Kertesz, Gabriella | Plaintiff, | |
|---|---|---|
| vs. | No. | 155-00066 |
| Swedish Hospital | Defendant, | **Small Claims Judgment** |

This matter was heard in open court on the date stated below. Pursuant to:

☒ Trial  ☐ Default  ☒ Dismissal  ☒ With prejudice  ☐ Without Prejudice
☐ Mediation Agreement  ☐ Continued

The court, having considered all the evidence presented, does hereby ORDER, ADJUDGE AND DECREE that a judgment is hereby granted to the ___ as set below:

**PRINCIPAL** $ ___
**FILING FEE** $ ___
**SERVICE FEE** $ ___

**TOTAL JUDGMENT** ___
**POST JUDGMENT INTEREST RATE** ___ %

☐ Plaintiff's case is dismissed  ☐ with prejudice  ☐ without prejudice
☐ Defendants counter claim is dismissed  ☐ with prejudice  ☐ without prejudice

**Explanation of decision:**
Allegation of malpractice in use of CT scan — not established by preponderance of competent evidence. Informed consent for CT scan — was sufficient based upon the facts of the case. The CT scan is a diagnostic tool, not a medical procedure requiring written informed consent.

**Comments:** ___

NOTE: If the judgment is not paid within thirty (30) days from today, the ___ can notify the clerk. For a fee, a Judgment Transcript shall be available from the Clerk's Office. Thereafter, reasonable costs and attorney fees are allowed in enforcing the judgment.

Note to Defendant: Payment should/needs to be made directly to the Petitioner.

Dated  March 5th, 2015

*[signature]*
Anne Harper, Judge

MISC 05.0500 (6/2004) RCW 124.40.080

http://kcdc.metrokc.gov/forms/scjudg.htm                    3/5/2015