#12 a



# Sector Profile: Health



---

$593,690,562

**Total Spent for Health, 2019**

1,296

**Number of Clients**

2,775 (53.84%)

**Number of Lobbyists/Percent of Former Government Employees ?**

**Annual Lobbying on Health**





# Sector Profile: Health



During the 2018 election cycle, health care has been one of the top issues voters and candidates seem to care about. It's of no surprise that members of this industry have spent millions on lobbyists, federal candidates, political parties and outside spending groups.

Pharmaceutical companies, physicians and health professionals are the largest source of federal campaign contributions in this sector. During the 2018 election cycle, members of this industry gave $225 million to federal candidates, outside money groups and parties. Health care professionals make the most contributions to individual candidates, PACs and outside spending groups. In general, donors from this sector tend to support Democrats rather than Republicans. So far, in 2018, Democratic federal candidates and incumbents have received $63 million from this industry, while Republicans have received $49 million.

This industry also spends big on lobbying. In 2018, $421 million has been spent on lobbying efforts for health-related issues. As of the 2018 midterms, pharmaceuticals and health products dominate lobbying, spending $216 million this cycle. By comparison, the second highest spender is hospitals and nursing homes at $73 million. Health professionals come in third, spending $68 million in 2018.

By far the biggest individual contributors from this sector came from the Adelson Drug Clinic. Sheldon and Miriam Adelson, the owners of this clinic and major conservative political donors, have spent $56 million on the 2018 election cycle. The distant second place contributor is Dr. Karla Jurvetson with $7 million to liberal recipients. Both of the top two spenders have largely given their money to outside/soft money groups.

*Updated November 2018*

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

Search our lobbying database




| Industry | Total Spending |
|---|---|
| Pharmaceuticals/Health Products | $295,165,093 |
| Hospitals/Nursing Homes | $106,903,528 |
| Health Professionals | $95,386,103 |
| Health Services/HMOs | $88,660,921 |
| Misc Health | $7,574,917 |

Showing 1 to 5 of 5 entries

NOTE: Figures on this page are calculations by the Center for Responsive Politics based on data from the Senate Office of Public Records. Data for the most recent year was downloaded on `January 23, 2020` and includes spending from `January 1 - December 31`. Prior years include spending from `January through December`.

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

Select year: 2019