#13



Complaints by Case Nature [2008-2019]

Limited to case natures with >= 100 complaints over the time period.

# Complaints by Case Resolution [2008-2019]

Complaint Year
Count of Name

| Case Resolution | Count |
|---|---|
| BT - Complaint | ~17,000 |
| BT - Profession Specific Threshold | ~15,000 |
| BT - Allegations are true, no violation of law occurred | ~11,000 |
| BT - Evidence does not support a violation | ~11,000 |
| BT - If allegations true, no violation reached | ~7,500 |
| BT - Insufficient Information | ~6,500 |
| BT - Issues which have been Determined | ~4,500 |
| BT - No Violation of agency | ~4,000 |
| Referral to another program closure | ~3,500 |
| Complaint unique closure | ~3,000 |
| BT - Communication and personally issues | ~3,000 |
| New matter, not likely to recur | ~3,000 |
| BT - Care rendered was within Standard of Care | ~2,500 |
| Notice of Correction Issued | ~2,000 |
| BT - No Violation at the time the event occurred | ~2,000 |
| Application Investigation Only - No Reason to Deny | ~2,000 |
| BT - Not Unlawful, not likely to recur | ~1,500 |
| Application Investigation authority | ~1,500 |
| Statement of Deficiencies | ~1,000 |
| No Whistleblower | ~1,000 |
| BT - Incident reported by facility | ~1,000 |
| Insufficient evidence | ~500 |
| Issues which have been otherwise resolved | ~500 |
| 2 - Evidence Does Not Support Allegation | ~500 |
| 2 - Below Threshold - Isolated Incident | ~500 |
| 2 - Evidence Does Not State a Violation | ~500 |
| 2 - Otherwise Resolved | ~500 |
| No Jurisdiction | ~500 |
| BT - Time practiced on expired credential accepted by disciplining authority | ~500 |
| BT - Lack of complaint credibility | ~500 |
| BT - Lack of complaint complaints | ~500 |
| Mistaken identity | ~500 |
| BT - Aged or Outdated Complaints | ~500 |
| BT - Time the Event Occurred | ~500 |
| 2 - Not a Violation at the time the event occurred | ~500 |
| No Violation at the time the event occurred - Miscommunication | ~500 |
| 2 - Below Threshold - Miscommunication | ~500 |
| 2 - No Deficiencies | ~500 |
| 2 - Conduct and/or Care was Within Standard | ~500 |
| Complaint Below Threshold CDA/2 | ~500 |
| Compliance without failure | ~500 |
| Does Not State a Violation | ~500 |
| 2 - Closed Prior to Investigation | ~500 |
| Statement of Deficiencies | ~500 |
| 2-BPD - Closed - Otherwise Attended | ~500 |
| 2 - Otherwise Attended | ~500 |
| Conduct was within standard of practice and no allegation of harm | ~500 |
| BT - Unsubstantiated Complaint, Client, or Board Undetermined | ~500 |

Limited to case resolutions with >= 100 complaints over the time period.

# Complaints by Alleged Issue [2008-2019]

Complaint Year
Count of Name

30,000
25,000
20,000
15,000
10,000
5,000
0

Case Alleged Issues

Categories (in order):
- Patient Care;
- Unprofessional Conduct;
- Inadequate Care;
- Substandard or Inadequate Medication;
- Error in Prescribing, Dispensing or Administering Medication;
- Patient Abuse;
- Reporting, Mandatory;
- Violation of Federal or State Statutes, Regulations or Local Licensing Authority;
- License Disciplinary Action Taken by a Federal, State, or Local Licensing Authority;
- Criminal Conviction;
- Malpractice;
- Pending;
- Failure to Comply with Continuing Education or Competency Requirements;
- Practicing Without a Valid License;
- Patient Neglect;
- Sexual Misconduct;
- Exploiting a Patient for Financial Gain;
- Health and Safety;
- Patient Neglect: Patient Care;
- Diversion of Controlled Substance;
- None;
- Medication Management;
- Other - Not Classified Specify;
- Alcohol and Other Substance Abuse;
- Practicing Beyond the Scope of Practice;
- Failure to Provide Medically Reasonable and/or Necessary Items or Services;
- Substandard or Inadequate Care; Patient Care;
- Patient Abuse; Inadequate Patient Care;
- Unlicensed Practice;
- Improper or Abusive Billing Practices;
- Patient Rights;
- (blank);
- Patient Care; Patient Rights;
- Patient Abandonment;
- Patient Abuse or Rules;
- Improper or Inadequate Supervision or Delegation;
- Violation of Federal or State Statutes, Regulations or Rules

Limited to case resolutions with >= 500 complaints over the time period.



County [2008-2019]

Limited to counties with >= 100 complaints over the time period. Dataset not limited to counties in Washington state, may represent county of the home address of the complainant



Age of Complainant [2008-2019]

Two distributions of ages: 1 for individuals and 1 for institutions (age since founding)

# Total Complaints by Year

| Complaint Year | Count of Name (approx.) |
|---|---|
| 2008 | ~6,000 |
| 2009 | ~7,500 |
| 2010 | ~8,000 |
| 2011 | ~9,000 |
| 2012 | ~9,000 |
| 2013 | ~8,500 |
| 2014 | ~8,500 |
| 2015 | ~9,500 |
| 2016 | ~10,500 |
| 2017 | ~12,000 |
| 2018 | ~14,000 |
| 2019 | ~9,000 |



Credential Code [2008-2019]

Limited to codes with >= 100 complaints over the time period.