WAWD - Notice of Filing Paper or Physical Materials with the Clerk (Revised 12/21/12)

```
                            FILED ____ ENTERED
                       ____ LODGED ____ RECEIVED

                            MAR 09 2020    CA

                                 AT SEATTLE
                          CLERK U.S. DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
                    BY                           DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Gabriella Kertesz pro se

Plaintiff(s),

v.

Bob Ferguson

Defendant(s),

Case No. 20-CV-00372 BAT

**NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK**

Exhibit 13, 1 CD and 7 sheets of paper is being filed in paper or (physical form) with the Clerk's Office for the Western District of Washington. The item will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

DATED this 9 day of March, 2020

Gabriella Kertesz

Name, Address, and Phone Number of Counsel or Pro Se

**NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK**