Washington State Department of Health
Health Systems Quality Assurance
Public Disclosure Unit
POB 47865
Olympia WA 98504-7865

DO NOT BEND
NON-MACHINABLE

FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 98501
02 4W
0000354548 JAN 17 2020

$ 000.80⁰

Gabriella Kertesz
9702 1st Ave NW
Seattle, WA 98117

ALL Complaint