

STATE OF WASHINGTON
## DEPARTMENT OF HEALTH

January 16, 2020

Gabriella Kertesz
9702 1st Ave NW
Seattle, WA 98117

Dear Gabriella Kertesz:

We received your public records request on December 11, 2019, for the following records: all complaints that the DOH has received from Washingtonians for as long as electronic records can be pulled. The report should contain at least these fields: name of provider, credential number, credential status, complaint date, case number, case alleged issues, case nature, case resolution, can case closure date.

Enclosed is a CD containing the information you requested. Since we've fulfilled your request, we are considering this request closed.

Under RCW 42.56.520 you may appeal the decision to withhold information contained in the records via a request for review by the Department of Health's Public Records Officer. The request must be submitted in writing to either of the following:

| Mailing Address: | Email Address: |
|---|---|
| Public Records Officer | PRRAppeals@DOH.WA.GOV |
| Washington State Department of Health | |
| P.O. Box 47890 | |
| Olympia, WA 98504-7890 | |

If you have any questions or need additional information, please contact us at pdrc@doh.wa.gov or 360-236-4836.

Sincerely,

*Julie*

**Julie Carrick**
Supervisor
Health Systems Quality Assurance
Washington State Department of Health
Julie.carrick@doh.wa.gov
360-236-4980 | www.doh.wa.gov