**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

March 13, 2020

Gabriella Kertesz
9702 1ST AVE NW
SEATTLE, WA 98117

Your civil action *Kertesz v. Ferguson* was filed in the U.S. District Clerk's office at Seattle on March 9, 2020.

Your case has been assigned Case Number **2:20–cv–00372–BAT,** and has been assigned to Judge Brian A Tsuchida, Presiding Judge

***All future correspondence with the Court must contain the entire case number as indicated above.***

Thank you,

WILLIAM M. MCCOOL, *Clerk*

s/*Deputy Clerk*

cc: file