The Honorable Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GABRIELLA KERTESZ, pro se and all other similarly situated citizens,<br><br>Plaintiff,<br><br>v.<br><br>BOB FERGUSON,<br><br>Defendant. | NO. 20-CV-00372 BAT<br><br>NOTICE OF APPEARANCE FOR DEFENDANT |

TO:        GABRIELLA KERTESZ, Plaintiff, Pro Se;

AND TO:        CLERK, U.S. District Court, Western District of Washington.

PLEASE TAKE NOTICE that KELSEY MARTIN, Assistant Attorney General, without waiving objections as to improper service, jurisdiction or venue, hereby appears as the attorney for Defendant, BOB FERGUSON, in the above-entitled action, effective immediately. It is requested that any and all further pleadings, except original process, be served upon the undersigned attorney at the address listed below.

/ / /

/ / /

/ / /

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
360-586-6500

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DATED this 18th day of March, 2020.

ROBERT W. FERGUSON
Attorney General


*s/ Kelsey Martin*
Kelsey Martin, WSBA No. 50296
Assistant Attorney General
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA  98504-0109
360-586-6470
Kelsey.Martin@atg.wa.gov
Attorney for Defendant

NOTICE OF APPEARANCE FOR
DEFENDANT20-CV-00372 BAT --  NO.
20-CV-00372 BAT

2

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
360-586-6500

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2020, I caused a copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system and to be served on all parties or their counsel of record via United States Postal Service postage prepaid:

GABRIELLA KERTESZ
9702 1ST AVE NW
SEATTLE, WA 98117

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 18th day of March, 2020, at Tumwater, WA.

_Jessica May_
JESSICA MAY
Legal Assistant

NOTICE OF APPEARANCE FOR
DEFENDANT20-CV-00372 BAT --  NO.
20-CV-00372 BAT

3

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
360-586-6500