UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIELLA KERTESZ,<br><br>　　　　　　　　Plaintiff (s),<br><br>　v.<br><br>BOB FERGUSON,<br><br>　　　　　　　　Defendant (s). | CASE NO.<br>2:20−cv−00372−BAT<br><br>**NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM** |

　　　The matter is assigned to United States Magistrate Judge Brian A. Tsuchida for all purposes, including trial, final entry of judgment, and direct review by the Ninth Circuit Court of Appeals. *See* Second Amended General Order 02−19.

　　　Consent to a Magistrate Judge is voluntary. A party may decline consent by signing and emailing this form to andy_quach@wawd.uscourts.gov, or faxing it to 206−370−8425, or mailing it to U.S. District Court, 700 Stewart Street, Suite 2300, Seattle, WA 98101. The form must be received by the court no later than **April 8, 2020**. Please do not file the form. Each party will be deemed to have knowingly and voluntarily consented to proceed before Magistrate Judge Tsuchida if this form is not returned by April 8, 2020. The identity of the parties consenting or declining consent will not be communicated to any judge.

//

//

//

NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM − 1

☐  **I decline consent and request the case be assigned to a District Judge**

| Attorney/Party's Signature | Party Represented | Date Signed |