AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Gabriella Kertesz pro se and all other similarly situated citizens <br><br> *Plaintiff(s)* <br> v. <br> Bob Ferguson <br><br> *Defendant(s)* | Civil Action No. 20-CV-00372 BAT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Bob Ferguson
    Attorney General of Washington State
    800 Fifth Ave
    Suite 2000
    Seattle, WA 98104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Gabriella Kertesz
    9702 1st Ave NW
    Seattle, WA 98117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/9/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-00372 — BAT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bob Ferguson, Attorney General of Washington State
was received by me on *(date)* 03/13/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Scott M. Barbara AAG , who is designated by law to accept service of process on behalf of *(name of organization)* Attorney General on *(date)* 3/13/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/13/2020

Server's signature

Kelly Forsyth
*Printed name and title*

9553 Palatine Ave N
Seattle, WA 98103
*Server's address*

Additional information regarding attempted service, etc:

Bob Ferguson was served in his individual capacity under Fed.R.Civ.P.4(i)(3) on this date.