UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIELLA KERTESZ,

    Plaintiff(s),

v.

BOB FERGUSON,

    Defendant(s).

CASE NO. 2:20−cv−00372−RAJ−BAT

MINUTE ORDER REASSIGNING CASE

This action has been assigned to the Honorable Richard A. Jones, United States District Judge. All future documents filed in this case must bear the cause number 2:20−cv−00372−RAJ−BAT and bear the Judge's name in the upper right hand corner of the document.

It appearing from the files and records herein that this is an appropriate matter to refer to a full−time United States Magistrate Judge for the purposes hereinafter set forth, pursuant to Local Rule MJR 6 and General Order 02−19, now therefore,

IT IS ORDERED that the above entitled action be referred to the Honorable Brian A Tsuchida, who is directed and empowered to conduct hearings and make any further necessary orders consistent with the Local Rules and the

1 | instructions of the District Judge to whom the case is assigned.

2

3 | DATED March 24, 2020

4 |                                   William M. McCool
                                  Clerk of Court

5 |                                 By:  /s/ Kadya M Peter
                                       Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26