The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GABRIELLA KERTESZ, pro se and all other similarly situated citizens,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>BOB FERGUSON,<br>　　　　　　　　　　Defendant. | NO. 2:20-CV-00372-RAJ-BAT<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS UNDER RULE 12(b)(1), (6) |

BEFORE THE COURT is Defendant Bob Ferguson's Motion to Dismiss. This matter was heard without oral argument. The Court has reviewed the record and files herein, and is fully informed.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Defendant Bob Ferguson's Motion to Dismiss is GRANTED; and

2. The claims asserted in Plaintiff's Complaint are DISMISSED WITHOUT LEAVE TO AMEND in federal court.

[PROPOSED] ORDER GRANTING DEF.['S] MOT. TO DISMISS UNDER RULE 12(b)(1), (6)
NO. 2:20-CV-00372-RAJ-BAT

1

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
360-586-6500

1 | It is so ORDERED.

2 | ISSUED this _____ day of April, 2020.

3

4

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

5

6 | Presented by:

7 | ROBERT W. FERGUSON
Attorney General

8

9 | /s/ Kelsey Martin

KELSEY L. MARTIN, WSBA No. 50296
10 | Assistant Attorney General
Agriculture and Health Division
11 | Attorneys for Defendant Bob Ferguson
360-586-6470

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED]
ORDER GRANTING DEF.['S] MOT. TO
DISMISS UNDER RULE 12(b)(1), (6)
NO. 2:20-CV-00372-RAJ-BAT

2

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
360-586-6500