UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIELLA KERTESZ,<br><br>               Plaintiff,<br><br>   v.<br><br>BOB FERGUSON,<br><br>               Defendant. | CASE NO. 2:20-cv-00372-RAJ-BAT<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (DKT. 13)** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

(1)    The Court **ADOPTS** the Report and Recommendation.

(2)    The motion to dismiss of Defendant Bob Ferguson (Dkt. 13) is **GRANTED**;

(3)    Plaintiff's claims against Defendant Ferguson are **dismissed with prejudice**.

(4)    The Clerk is directed to re-refer this matter to Judge Tsuchida and to send copies of this Order to the parties.

Dated this ____ day of _____, 2020.

                                                                                        RICHARD A. JONES
                                                                                      United States District Judge