# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GABRIELLA KERTESZ,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>BOB FERGUSON,<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-cv-00372-RAJ-BAT |

_____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

　　　The Report and Recommendation is **adopted and approved**. Defendant Bob Ferguson's motion to dismiss (Dkt. 13) is **GRANTED**; Plaintiff's claims against Defendant are **dismissed with prejudice**.

　　　Dated this _____ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk