1
2
3
4
5
6                                                        The Honorable Richard A. Jones
7                        **UNITED STATES DISTRICT COURT**
                         **WESTERN DISTRICT OF WASHINGTON**
8                                **AT SEATTLE**

9   GABRIELLA KERTESZ,                          NO. 2:20-CV-00372-RAJ-BAT
    pro se and all other similarly situated
10  citizens,                                   DEFENDANT'S RESPONSE TO
                                                PLAINTIFF'S OBJECTION TO REPORT
11                          Plaintiff,          AND RECOMMENDATION

12      v.

13  BOB FERGUSON,
                            Defendant.
14

15          Defendant, BOB FERGUSON, respectfully submits the following Response to the

16  Plaintiff's Objection to the Report and Recommendation.

17                      **I.    AUTHORITY AND ARGUMENT**

18  **A.    The Report and Recommendation Correctly Concluded Plaintiff Lacks Standing
            and Defendant is Not a Person Under 42 U.S.C. § 1983**
19

20          Plaintiff's Objection claims that sections A, B, and C of the Report and Recommendation

21  "lack any standing, as they do not address the substantive truth of Ms. Kertesz's claim."

22  Plaintiff's Objection to Judge Tsuchida's Report (Objection) at 2, Dkt. No. 18. Plaintiff asserts

23  these sections appear "to be the creation of an air of legitimacy for an unlawful dismissal." *Id.*

24          The Report and Recommendation correctly concluded that Plaintiff lacks standing to

25  bring suit on behalf of others, Plaintiff lacks Article III standing, and Attorney General Ferguson

26  is not a "person" for purposes of 42 U.S.C. § 1983. Report and Recommendation,

DEF.'S RESP. TO PL.'S OBJ.                    1          ATTORNEY GENERAL OF WASHINGTON
                                                                   Agriculture & Health Division
                                                                     7141 Cleanwater Drive SW
NO. 2:20-CV-00372-RAJ-BAT                                                  PO Box 40109
                                                                    Olympia, WA 98504-0109
                                                                          360-586-6500

1   at 4–5, 7, Dkt. No. 16. Nothing in the Report and Recommendation indicates that it is falsely

2   contrived to support an unlawful dismissal, as Plaintiff claims. Instead, the analysis contained in

3   the Report and Recommendation is based on sound legal principles, with references to factual

4   and legal authority. These principles support dismissal of Plaintiff's claims.

5   **B.     The Report and Recommendation Correctly Concluded That Plaintiff Has Failed
6          to Establish Any Factual Basis for a Violation of 42 U.S.C. § 1983 or the Equal
           Protection Clause of the Fourteenth Amendment**

7          Plaintiff's Objection asserts the Report and Recommendation misinterprets

8   RCW 7.70.060. Objection at 2, Dkt. No. 18. Plaintiff takes issue with the Report and

9   Recommendation labeling Chapter 7.70 RCW a "statutory scheme," asserting that "[t]he

10  consequences of such 'statutory scheming' are disastrous for the welfare of the public." *Id*.

11         Contrary to Plaintiff's arguments, the Report and Recommendation does not reveal any

12  manipulation by the government or by Attorney General Ferguson to deprive patients of their

13  rights. The Report and Recommendation places RCW 7.70.060 in context within

14  Chapter 7.70 RCW as a whole. Report and Recommendation at 2, 7, Dkt. No. 16. The Report

15  and Recommendation correctly interpreted the language of RCW 7.70.060 and the context of

16  RCW 7.70.060. *Id* at 8–10. Based on that interpretation, the Report and Recommendation

17  correctly concluded that Plaintiff had not alleged a factual basis on which the Court could

18  conclude that Attorney General Ferguson acted under color of state law to deprive Plaintiff of

19  her rights, or that Attorney General Ferguson is authorized to enforce RCW 7.70.060. *Id* at 8–9.

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

DEF.'S RESP. TO PL.'S OBJ.                    2                ATTORNEY GENERAL OF WASHINGTON
                                                                   Agriculture & Health Division
NO. 2:20-CV-00372-RAJ-BAT                                           7141 Cleanwater Drive SW
                                                                         PO Box 40109
                                                                   Olympia, WA 98504-0109
                                                                         360-586-6500

## II.   CONCLUSION AND RELIEF REQUESTED

The Report and Recommendation correctly concluded that Defendant's Motion to Dismiss Under Rule 12(b)(1), (6), Dkt. No.13, should be granted, and Plaintiff's claims should be dismissed with prejudice without leave to amend. The Defendant asks this Court to adopt the Report and Recommendation, grant the Motion to Dismiss, and dismiss with prejudice Plaintiff's claims.

DATED this 1st day of June, 2020.

ROBERT W. FERGUSON
Attorney General

_____
KELSEY L. MARTIN, WSBA No. 50296
Assistant Attorney General
Agriculture and Health Division
Attorneys for Defendant Bob Ferguson
360-586-6470

DEF.'S RESP. TO PL.'S OBJ.

NO. 2:20-CV-00372-RAJ-BAT

3

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
360-586-6500

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

UNITED STATES WESTERN DISTRICT COURT CLERK
SEATTLE, WA

GABRIELLA KERTESZ
9702 1ST AVE NW
SEATTLE, WA 98117

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 1st day of June, 2020, at Tumwater, WA.

*Jessica May*
JESSICA MAY
Legal Assistant

DEF.'S RESP. TO PL.'S OBJ.

NO. 2:20-CV-00372-RAJ-BAT

4

ATTORNEY GENERAL OF WASHINGTON
Agriculture & Health Division
7141 Cleanwater Drive SW
PO Box 40109
Olympia, WA 98504-0109
360-586-6500