The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GABRIELLA KERTESZ, <br><br> Plaintiff, <br><br> v. <br><br> BOB FERGUSON, <br><br> Defendant. | Civil Action No. 2:20-cv-00372-RAJ-BAT <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's Objections, and the balance of the record, the Court concurs fully in the recommendations of the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. # 16) and **OVERRULES** Plaintiff's Objections (Dkt. # 18). Defendant's Motion to Dismiss is **GRANTED** (Dkt. # 13) and Plaintiff's Complaint is **DISMISSED** with prejudice.

ORDER - 1

Plaintiff's Motion for a Preliminary Injunction is also **DENIED**.  Dkt. # 20.  The Clerk is directed to send copies of this Order to the parties and Judge Tsuchida.

DATED this 18th day of June, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2