**FILED**

AUG 20 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GABRIELLA KERTESZ,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>BOB FERGUSON, Attorney General of Washington State,<br><br>　　　　Defendant-Appellee. | No.   20-35573<br><br>D.C. No. 2:20-cv-00372-RAJ<br>Western District of Washington, Seattle<br><br>ORDER |

Before: SILVERMAN, McKEOWN, and BRESS, Circuit Judges.

The cross-motions for summary disposition (Docket Entry Nos. 2 and 4) are denied. It does not appear the issues raised in this appeal are so insubstantial as to warrant disposition before the filing of the opening brief. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).

The opening brief is due October 6, 2020; the answering brief is due November 5, 2020; and the optional reply brief is due within 21 days after service of the answering brief.

Because appellant is proceeding without counsel, the excerpts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellee's supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in

LAB/MOATT

the answering brief.  *See* 9th Cir. R. 30-1.7.