D.C. No. 2:20-cv-00372-RAJ

Gabriella Kertesz
Plaintiff pro se

v.

Attorney General Bob Ferguson both in his individual and official capacity
Defendant

## Motion to Trigger the Judgment Bar

FRCP 41(a)(1)(B):

"... <u>*if the plaintiff*</u> previously dismissed any federal- or state-court action based on or including the same claim, <u>a notice of dismissal operates as an adjudication on the merits</u>."

    A Notice of Dismissal is a powerful **legal authorization** as it allows the Court to **lawfully** dismiss the Plaintiff's complaint **without** a court order. Naturally, the Court that is **authorized by law** to dismiss a complaint **without** a court order has the legal authority to dismiss the same complaint **with prejudice** *for any reason at anyone's request*. A Notice of Dismissal is one mighty powerful legal authorization in a court of law.
    Court records shall testify that the Plaintiff filed a Notice of Dismissal for her complaint (Kertesz v. Ferguson) on 9/9/2022:

- Case number: D.C. No. 2:22-cv-01228-RAJ
  https://www.courtlistener.com/docket/64942778/kertesz-v-ferguson/

The Notice of Dismissal filed on 9/9/2022 authorizes **any** federal Judge to dismiss the Plaintiff's complaint (Kertesz v. Ferguson) with prejudice *for any reason at anyone's request.* If a federal Judge dismissed the Plaintiff's complaint with prejudice *for any reason at the Defendant's request*, the Plaintiff's Notice of Dismissal would operate as an adjudication on the merits.

Turns out, a federal Judge did dismiss the Plaintiff's complaint with prejudice at the Defendant's insistence/request:

- Case number: D.C. No. 2:20-cv-00372-RAJ
  https://www.courtlistener.com/docket/16972228/kertesz-v-ferguson/
  Case filed on: 3/9/2020
  Dismissal granted by the Court on: 6/18/2020

As **the Court** of the United States dismissed the Plaintiff's complaint/lawsuit with prejudice at the insistence/request of **both** parties, the Plaintiff's claim is adjudicated on the merits in the eyes of the law.

For the judgment bar to trigger, a lawsuit must be adjudicated on the merits. The Plaintiff sincerely believes that her lawsuit has been adjudicated on the merits.

## Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing

2

law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

  I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     1/30/2023

Signature of Plaintiff:  s/Gabriella Kertesz

Printed Name of Plaintiff: Gabriella Kertesz

>9702 1st Ave NW
>Seattle, WA 98117
>Tel: 425-243-2287
>Email: gaboca@gmail.com