Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIELLA KERTESZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BOB FERGUSON,<br><br>　　　　　　Defendant. | No. 2:20-cv-00372-RAJ<br><br>MINUTE ORDER |

　　　　The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

　　　　On June 18, 2020, the Court entered an order dismissing this case with prejudice.  The Ninth Circuit Court of Appeals issued an order affirming the dismissal on July 1, 2021, and the mandate on July 23, 2021.

　　　　Plaintiff's recently-filed "Motion to Trigger the Judgment Bar" (Dkt. # 30) is DENIED as this case has been dismissed and the dismissal affirmed by the Ninth Circuit.

　　　　Plaintiff is directed to cease filing documents in this closed case.  The clerk is authorized to discard any further filings in this matter.

　　　　DATED this 1st day of February, 2023.

　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN,
　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　 /s/ Victoria Ericksen
　　　　　　　　　　　　　　　　　　Deputy Clerk to Hon. Richard A. Jones