D.C. No. 2:20-cv-00372-RAJ

Gabriella Kertesz
Plaintiff pro se

v.

Attorney General Bob Ferguson both in his individual and official capacity
Defendant

## Motion to Enforce

  The Plaintiff is notifying the Court that the Minute Order issued by the Court on 2/1/2023 commands the Clerk to discard the Plaintiff's filings.
  The Plaintiff is 100% certain that the Minute Order is not an empty promise by the Court to discard the Plaintiff's filings (complaint) sometime in the distant future, but an honest-to-God Court Order (a real promise) to discard the Plaintiff's complaint in the now by the power of the law.
  By filing this motion the Plaintiff is delivering a carbon copy (cc) of the Minute Order into the hands of the Clerk who has the power to enforce the Minute Order. Failing to enforce the Minute Order is sure to incur the wrath of the Honorable Judge on whose authority the Order was issued.
  **The Plaintiff swears to God to obey the Minute Order and shall immediately cease to file in this matter**. The Plaintiff would never test the patience of the Honorable Judge on whose authority the Minute Order was issued. God forbid.
  The will of the Honorable Judge on whose authority the Minute Order was issued shall prevail when the Clerk dutifully enforces the Minute Order. Godspeed Ravi!
  I had no idea that a federal Judge had the authority to order a Clerk to discard a complaint. It all sounds beyond belief to the Plaintiff, yet it's real. God bless Honorable Judge Richard A. Jones for issuing the Minute Order

1

without being asked. God knows, being a federal Judge is not for the faint of hearts. Without a doubt, Honorable Judge Richard A. Jones has the heart of a lion.

### Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     2/10/2023

Signature of Plaintiff:  s/Gabriella Kertesz

Printed Name of Plaintiff: Gabriella Kertesz

>9702 1st Ave NW
>Seattle, WA 98117
>Tel: 425-243-2287
>Email: gaboca@gmail.com